**Anthony L. JOHNSON, Appellant,**

v.

**Stephen SPARKS; Anna Scherwing, Appellees.**

No. 11–2661.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 4, 2012.

Filed: Jan. 9, 2012.

Anthony L. Johnson, Fort Madison, IA, pro se.

William Allen Hill, Attorney General's Office, Des Moines, IA, for Appellees.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Anthony Johnson appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against prison medical employees. Following careful de novo review, we conclude that summary judgment was appropriate for the reasons stated by the district court. *See Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 499 (8th Cir.2008) (standard of review; prima facie case alleging deliberate indifference requires inmate-plaintiff to demonstrate that prison officials actually knew of but deliberately disregarded objectively serious medical need; inmate must show more than negligence, more even than gross negligence, and mere disagreement with treatment decisions does not rise to level of constitutional violation); *Meuir v. Greene Cnty. Jail Emps.*, 487 F.3d 1115, 1118–19 (8th Cir.2007) (prisoner failed to show deliberate indifference to his medical needs, where he produced neither expert testimony nor documentary evidence to support his claim that treatment provided by jail's medical staff was constitutionally inadequate, and defendants produced evidence indicating that treatment provided by staff was adequate). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.